RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Facsimile: (702) 839-1113
***Attorneys for Defendants,
William Henry Kranz, IV and
SEASONS EXPEDITE, LLC***

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER HUTSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM HENRY KRANZ, IV, an individual; SEASONS EXPEDITE, LLC, a Nevada limited liability company; DOES 1 through 10; ROE CORPORATIONS 1 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30,<br><br>Defendants. | Case No: 2:19-cv-00047-JAD-VCF<br><br>***STIPULATION AND ORDER TO REMAND CASE TO STATE COURT***<br><br>ECF No. 3 |

IT IS HEREBY STIPULATED by and between counsel for Defendants, Ryan L. Dennett, Esq. of the law firm of DENNETT WINSPEAR, LL, and counsel for Plaintiff, Christian Morris, Esq. of the law firm of NETTLES MORRIS that this matter, recently removed by Defendant to the United States District Court for the District of Nevada be remanded to the Nevada State Eighth Judicial District Court.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The parties further stipulate that they will agree and inform the State Court that the matter has been remanded to State Court and all further actions and pleadings in the matter will be presented in that forum.

DATED:     1/23/2019                    DATED:     1/23/2019

**NETTLES MORRIS**                      **DENNETT WINSPEAR, LLP**


By    /s/ Christian M. Morris           By    /s/ Ryan L. Dennett
CHRISTIAN M. MORRIS, ESQ.               RYAN L. DENNETT, ESQ.
Nevada Bar No. 11218                    Nevada Bar No. 005617
1389 Galleria Drive, Suite 200          3301 N. Buffalo Drive, Suite 195
Henderson, Nevada  89014                Las Vegas, Nevada  89129
Telephone:  (702) 434-8282              Telephone:    (702) 839-1100
Facsimile:  (702) 434-1488              Facsimile:    (702) 839-1113
*Attorneys for Plaintiff,*              *Attorneys for Defendants, William Henry*
*Jennifer Hutson*                       *Kranz, IV and Seasons Expedite, LLC*

### ORDER

Based on the parties' stipulation **[ECF No. 3]** and it appearing that this court lacks jurisdiction over this case, IT IS HEREBY ORDERED that **THIS ACTION IS REMANDED back to the Eighth Judicial District Court, Clark County, Nevada, Case No. A-18-783512-C**, Dept. 1, and the Clerk of Court is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 24, 2019

2